SALVATORE PROVENZANO, Respondent, *v.* ADELBERT H. CHAMBERS et al., Copartners under the Firm Name of STUYVESANT GARAGE, Appellants, Impleaded with Another.

FRANK GRIMLDO, Respondent, *v.* ADELBERT H. CHAMBERS et al., Copartners under the Firm Name of STUYVESANT GARAGE, Appellants, Impleaded with Another.

(Argued June 8, 1932; decided July 19, 1932.)

*Frank W. Brooks* for appellants.

*G. D. B. Hasbrouck* for respondents.

Judgments affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.